# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RODNEY L. PETTY**<br>*Petitioner*<br><br>v.<br><br>**JOHN C. THOMAS,** *et al.*<br>*Respondents* | **CIVIL ACTION**<br><br>**NO. 14-4578** |

# ORDER

**AND NOW**, this 24th day of April 2017, upon consideration of the pleadings and record herein, and after careful and independent consideration of the *Report and Recommendation* submitted by United States Magistrate Judge Marilyn Heffley, [ECF 35], Petitioner's *objections* thereto, [ECF 36], and Respondents' *response,* [ECF 38], it is hereby **ORDERED**, consistent with the accompanying Memorandum Opinion filed on this day, that:

1. The *Report and Recommendation* is **APPROVED** and **ADOPTED**.
2. Petitioner's objections are **OVERRULED**.
3. Petitioner's petition for a writ of *habeas corpus* is **DENIED**.
4. There is no probable cause to issue a certificate of appealability.

The Clerk of Court is directed to **CLOSE** this matter.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*